UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. COTTONHAM, | No. C-11-3077 EMC (pr) |
| Plaintiff, | |
| v. | **ORDER** |
| C.D.C. PAROLE AGENTS, *et al.*, | |
| Defendants. | |

On November 14, 2011, the Order Of Dismissal With Leave To Amend and Order Granting *In Forma Pauperis* Application were sent to Plaintiff at the jail address listed on the first page of his complaint. The mail was returned to the Court undelivered on November 21, 2011, with a notation that the addressee was "not in custody." Docket # 7, p. 1. Plaintiff listed an alternate non-jail address within his complaint, which the Court will now use to ensure that Plaintiff has the opportunity to comply with the Court's order that never reached him.

The Clerk shall mail a copy of the Order Of Dismissal With Leave To Amend (Docket # 5) and the Order Granting *In Forma Pauperis* Application (Docket # 6) to Plaintiff at 670 Thornton Avenue, San Francisco, CA 94124.

///

///

///

///

///

///

Plaintiff must file the amended complaint required by the Order Of Dismissal With Leave To Amend no later than **July 6, 2012**. Failure to file the amended complaint by the deadline will result in the dismissal of this action.

IT IS SO ORDERED.

Dated: June 11, 2012

_____
EDWARD M. CHEN
United States District Judge