UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK A. COTTONHAM,  No. C-11-3077 EMC (pr)

    Plaintiff,

    v.  **ORDER OF DISMISSAL**

C.D.C. PAROLE AGENTS; *et al.*,

    Defendants.
_____/

    Upon initial review pursuant to 28 U.S.C. § 1915A, the Court determined that Plaintiff's complaint failed to state a claim upon which relief may be granted and granted Plaintiff leave to file an amended complaint. The Court cautioned Plaintiff that failure to file an amended complaint by the deadline would result in the dismissal of this action. *See* Docket # 6, p. 4. Plaintiff did not file an amended complaint, and the deadline by which to do so has long passed. Accordingly, this action is dismissed for failure to state a claim upon which relief may be granted. The Clerk will close the file.

    IT IS SO ORDERED.

Dated: September 25, 2012

                                                  EDWARD M. CHEN
                                                  United States District Judge